1  JEFFREY A. CHEN, ESQ. (CSB #189514)
   Law Offices of Jeffrey A. Chen
2  275 Fifth Street, 4th Floor
   San Francisco, California  94103
3  Telephone: (415) 348-6269
   Facsimile: (415) 358-8046
4
5  Attorney for Defendant
   DON DOMINIC GABRIEL and
   D D E G, INC. dba Bargains of Chinatown
6
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation, | **Case No.: CV 09-5920 MEJ** |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS DON DOMINIC GABRIEL AND D D E G, INC. TO RESPOND TO COMPLAINT; AND ORDER THEREON** |
| vs. | |
| HOLLWOOD TOO, L.L.C., a California Limited Liability Company; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAIN'S OF CHINATOWN; DON DOMINIC GABRIEL, an individual; CHINATOWN BARGAIN DEPOT, an unknown business entity; MICHELLE FANG, an individual dba FASHION OUTLET; H & S FASHIONS, LLC, a California Limited Liability Company; JIN SUI FANG, an unknown business entity; NANCY CAI, an individual dba NANCY'S FASHION; MEI NG, an individual dba YUKI BOUTIQUE; Y & Y GIFT SHOP, INC., a California Corporation; YINER LIN, an individual; and DOES 1-10, inclusive, | **COMPLAINT FILED: November 24, 2009**<br>**TRIAL DATE:  None Set** |
| Defendants. | |

## STIPULATION

This Stipulation is entered into by Plaintiff COACH SERVICES, INC. ("Plaintiff") and Defendants DON DOMINIC GABRIEL and D D E G, INC. ("Defendants").

WHEREAS, on December 17, 2009, Plaintiff filed its Complaint in this Court.

WHEREAS, pursuant to Local Rule 6-1, on February 17, 2010, Plaintiff and Defendants agreed to extend the time for Defendant to file their responses to the Complaint to February 25, 2010.

NOW, THEREFORE, Plaintiff and Defendants desire and hereby STIPULATE that Defendants shall have until, and including, February 25, 2010 to respond to Plaintiff's Complaint in this matter.

IT IS SO STIPULATED.

Dated: February 17, 2010            LAW OFFICES OF JEFFREY A. CHEN

                                    By:  /s/ Jeffrey A. Chen
                                         Jeffrey A. Chen, Esq.
                                         Attorney for Defendants
                                         DON DOMINIC GABRIEL and
                                         D D E G, INC.

Dated: February 17, 2010            BLAKELY LAW GROUP

                                    By:  /s/ Cindy Chan
                                         Cindy Chan, Esq.
                                         Attorney for Plaintiff
                                         COACH SERVICES, INC.

Defendants DON DOMINIC GABRIEL and D D E G, INC. have to and including February 25, 2010 to file and serve an answer or other responsive pleading.

February  18 , 2010

_____
Hon. Maria-Elena James